**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Coretta M. Williams<br>1817 Crystal Lake Circle<br>Macon, GA  31206-8118 | **CHAPTER 13**<br><br><br>**Case Number:** 11-52271-JPS<br><br><br>**ATTORNEY:**  ROBERT O. HOUSE, P.C. |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $704.32 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Still Waters Family Chiropractic
104 Main St
Byron, GA 31008

**DATED:** September 1, 2016

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**